UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-010

No. 24-2345

PECOS RIVER TALC LLC
f/k/a LTL Management LLC, and LLT Management LLC,
Appellant

v.

DR. JACQUELINE MIRIAM MOLINE

(D.N.J. No. 3-23-cv-02990)

Present: MATEY, Circuit Judge

1. Motion filed by Appellant LTL Management LLC for Extension of Time to file Opening Brief for 60-days.

2. Response by Appellee

                                                 Respectfully,
                                                 Clerk/JK

_____ORDER_____
The foregoing motion is **GRANTED**.

                                                 By the Court,

                                                 s/ Paul B. Matey
                                                 Circuit Judge

Dated: November 6, 2024
JK/cc: All Counsel of Record