UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-064

No. 24-2345

PECOS RIVER TALC LLC
f/k/a LTL Management LLC, and LLT Management LLC,
Appellant

v.

DR. JACQUELINE MIRIAM MOLINE

(D. N.J. No. 3:23-cv-02990)

Present:  MATEY, Circuit Judge

1. Motion filed by Appellant Pecos River Talc LLC for Sixty (60) Day Extension of Time to file Opening Brief until May 2, 2025

           Respectfully,
           Clerk/CJG

_____ORDER_____

The foregoing motion is **GRANTED**.

           By the Court,

           s/ Paul B. Matey
           Circuit Judge

Dated: February 24, 2025
Sb/jk/cc: All Counsel of Record