# United States Court of Appeals
## for the
# Third Circuit

---

Case No. 24-2345

---

PECOS RIVER TALC LLC, f/k/a LTL Management LLC,
and LLT Management LLC,

*Appellant,*

v.

DR. JACQUELINE MIRIAM MOLINE,

*Appellee.*

---

On Appeal from an Order of the United States District Court
for the District of New Jersey in No. 3:23-cv-02990,
Honorable Georgette Castner, United States District Judge

---

**APPELLEE'S EIGHTH STATUS REPORT
PURSUANT TO MAY 28, 2025 ORDER**

---

KEVIN H. MARINO
JOHN D. TORTORELLA
EREZ J. DAVY
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300

*Attorneys for Appellee
Dr. Jacqueline Moline*

Appellee, Dr. Jacqueline Miriam Moline ("Dr. Moline"), respectfully submits this eighth status report pursuant to this Court's May 28, 2025 Order.

1. On April 29, 2025, Appellant, Pecos River Talc LLC ("Pecos River"), filed an unopposed motion to stay this appeal pending a ruling by the district court on its motion to reopen the district court's judgment and for leave to file an amended complaint (the "Motion to Reopen"), which it filed that same day. (ECF No. 29.)

2. On May 28, 2025, this Court granted Pecos River's stay motion. (ECF No. 31.) That same day, the Clerk of this Court entered a separate Order directing all parties to file a status report by June 27, 2025, and every thirty (30) days thereafter until the stay is lifted. (ECF No. 32.)

3. On May 27, 2025, the parties completed their initial briefing on Pecos River's Motion to Reopen.

4. On December 4, 2025, the parties completed supplemental briefing on Pecos River's Motion to Reopen.

5. On January 5, 2026, the district court filed a Certification of Intent to grant Pecos River's Motion to Reopen. (District Court ECF No. 56.)

6. On January 6, 2026, Pecos River filed a status report in this Court advising it of the district court's Certification of Intent and requesting this Court to

1

remand this matter pursuant to Federal Rule of Appellate Procedure 12.1(b) and thereafter dismiss this appeal as moot. (ECF No. 49.)

7. As of the date of this status report, Pecos River's request to remand this matter and dismiss this appeal pursuant to Federal Rule of Appellate Procedure 12.1(b) remains pending.

Dated: January 23, 2026

Respectfully submitted,

MARINO, TORTORELLA & BOYLE, P.C.

By: /s Kevin H. Marino
Kevin H. Marino
John D. Tortorella
Erez J. Davy
437 Southern Boulevard
Chatham, New Jersey 07928-1488
(973) 824-9300
*Attorneys for Appellee Dr. Jacqueline Moline*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, I caused the foregoing document to be filed with the Clerk of the Court of the United States Court of Appeals for the Third Circuit by using the Court's CM/ECF system.  I further certify that service was accomplished on all parties via the Court's CM/ECF system.

                                                /s Kevin H. Marino
                                                Kevin H. Marino

Dated: January 23, 2026