DCO-047                                                          January 29, 2026

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. <u>24-2345</u>

PECOS RIVER TALC LLC
f/k/a LTL Management LLC, and LLT Management LLC,
    Appellant

  v.

DR. JACQUELINE MIRIAM MOLINE

  (D.N.J. No. 3:23-cv-02990)

Present: BIBAS, MATEY, and MONTGOMERY-REEVES, <u>Circuit Judges</u>

 1. Status Report received from Appellant Pecos River Talc LLC with motion to
   remand and dismiss appeal.

         Respectfully,

         Clerk

_____ORDER_____

  The foregoing motion is granted.

         By the Court,

         s/Stephanos Bibas
         Circuit Judge

Dated: February 4, 2026
JK/cc: All Counsel of Record