OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

Uᴎɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏғ Aᴘᴘᴇᴀʟs
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



February 4, 2026

Matthew L. Bush
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022

Peter C. Harvey
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036

Thomas P. Kurland
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036

Kevin H. Marino
Marino Tortorella & Boyle
437 Southern Boulevard
Chatham Township, NJ 07928

John D. Tortorella
Marino Tortorella & Boyle
437 Southern Boulevard
Chatham Township, NJ 07928

RE: Pecos River Talc LLC v. Jacqueline Moline
Case Number: 24-2345
District Court Case Number: 3:23-cv-02990

ENTRY OF JUDGMENT

Today, **February 04, 2026,** the Court issued a case dispositive order in the above-captioned matter which serves as this Court's judgment. Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ James King
Case Manager
267-299-4958